NOV 4 2026 PM2:00
FILED - USDC - FLMD - TPA



# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Tampa Division

| | |
|---|---|
| Tuanette Rosario-Lugo<br>Plaintiff<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Douglas A. Collins, Secretary, U.S. Department of Veterans Affairs, Agency<br>Defendant<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 8:26-CV-3356-JLB-NHA<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tuanette Rosario-Lugo |
| Street Address | 5119 Serena Drive |
| City and County | Tampa, Hillsborough |
| State and Zip Code | Florida 33617 |
| Telephone Number | 813-843-7031 |
| E-mail Address | tuanette_rosario@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

TPA 75182 $405.

Defendant No. 1

| | |
|---|---|
| Name | Douglas A. Collins |
| Job or Title *(if known)* | Secretary U.S. Department of Veterans Affairs |
| Street Address | 810 Vermont Avenue, N.W. |
| City and County | Washington |
| State and Zip Code | D.C. 20420 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | James A Haley Veterans Affairs Hospital |
| Street Address | 13000 Bruce B. Downs Boulevard |
| City and County | Tampa, Hillsborough |
| State and Zip Code | Florida, 33612 |
| Telephone Number | (813) 972-2000 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

Rehabilitation Act of 1973 as amended (for Discrimination due to Disability) if applies.

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*: Disability-Mental

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Since 02/2023 when promoted as Lead exposed to Harassment/Hostile/Discrimination/Retaliation etc.

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race ______
- ☐ color ______
- ☐ gender/sex ______
- ☐ religion ______
- ☐ national origin ______
- ☐ age *(year of birth)* ______ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*

  Disability-Mental

E. The facts of my case are as follows. Attach additional pages if needed.

The facts of my case are: Since I was promoted as a Lead back on February 2023, I have been exposed to:Hostile/Harassment/Discrimination/Disrespectful/False Accusation/Retaliation working environment. I am in severe medical, and financial hardship beyond my control as:1) Medical Total Temporary Incapacitation due traumatic work-related injury since May 26, 2027, 2) Sudden Loss of AFGE Representative at last minute to assist with this 90-calendar day of a Final Decision-Right to Civil Action issued on 08/06/2026, related to VA Case No.2001-673A-2024-155848 and EEOC Case No. 2001-510-2025-00167x.3) Requesting respectfully if court appoint an attorney. Consequently, I cannot afford to immediately retain private counsel to replace AFGE on such short notice. See attachment.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

December 2023 and Formal Complaint NRTF VA Form 4939 submitted on or about 03/21/2024. VA Case No. 2001-673A-2024-155848, EEOC Case No. 510-2025-0016x and EEO Case No. 830-2026-04691X

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 08/06/2026 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Prayer for Relief: Wherefore, Plaintiff prays for judgment as follows:
A-For compensatory damages including lost past and future wages if any, employee benefits, medical bills, mental and emotional distress, and other special and general damages according to proof; B- For punitive damages in amount to be proved at trial on all causes of action for which such damages are recoverable; C-For such equitable relief as may be appropriate, including injunctive relief; D-For cost of suit incurred herein; and E-For such additional and further relief which the court deems just and proper.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/04/2026

Signature of Plaintiff: Tuanette Rosario-Lugo

Printed Name of Plaintiff: Tuanette Rosario-Lugo

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Street Address ______

State and Zip Code ______

Telephone Number ______

E-mail Address ______